The People of the State of New York, Respondent,
against
O'Kang Ruddock, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Eugene Schwartzwald, J.H.O.), rendered October 31, 2013, after a nonjury trial, convicting him of violating Public Health Law § 229, and imposing sentence.




Per Curiam.
Judgment of conviction (Eugene Schwartzwald, J.H.O.), rendered October 31, 2013, reversed, on the law, accusatory instrument dismissed, and fine, if paid, remitted. 
As the People concede, defendant's Summons Part conviction must be vacated, since the summons was insufficient to demonstrate notice of the charges against defendant.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: November 21, 2017